# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | | |
|---|---|---|
| WILLIAM PATRICK CASADA, | * | Case No.: _____ |
| | * | |
| Plaintiff, | * | Judge _____ |
| | * | |
| v. | * | |
| | * | |
| GREAT DAY IMPROVEMENTS, LLC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**DECLARATION UNDER PENALTY OF PERJURY OF DOUG STELZER PURSUANT TO 28 U.S.C. § 1746**

I am Doug Stelzer, and I am employed as the Chief Financial Officer for Defendant Great Day Improvements, LLC. I am of legal age and competent to testify on the matters stated below.

1. I have personal knowledge of the facts contained herein.

2. Great Day Improvements, LLC was organized under the laws of the State of Delaware and has a principal office located at 700 East Highland Road Macedonia, OH 44056.

3. The members of Great Day Improvements, LLC are all domiciled and reside in either Ohio or Maryland. None of Great Day Improvements, LLC's members are domiciled in or residents of the Commonwealth of Kentucky.

I, Doug Stelzer, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

| | |
|---|---|
| 9/16/20 | [signature] |
| Date of Execution | Doug Stelzer |

4823-5580-9227, v. 1