UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:20-CV-663-DJH
*Electronically Filed*

William Patrick Casada                                                                      Plaintiff

v.

Great Day Improvements, LLC                                                          Defendant

### **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE**

In accordance with Fed. R. Civ. P. 7.1, Defendant, Great Day Improvements, LLC, states as follows:

Defendant, Great Day Improvements, LLC states it has no parent corporation and no publicly held corporation has a 10% or greater ownership interest in its stock.

>Respectfully submitted,
>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
>
>/s/ Marcia L. Pearson
>Marcia L. Pearson
>marcia.pearson@wilsonelser.com
>100 Mallard Creek Road, Suite 250
>Louisville, KY 40207
>502.238.8500
>502.238.7995 – fax
>*Counsel for Defendant*

11141789v.1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Marcia L. Pearson
Marcia.pearson@wilsonelser.com

And that a copy of the foregoing was served via fax transmission on the following:

Samuel G. Hayward
ADAMS HAYWARD & WELSH
4036 Preston Highway
Louisville, KY 40213
Telephone: (502) 366-6456
Facsimile: (502) 366-4095
*Counsel for Plaintiff*

                                                /s/ Marcia L. Pearson
                                                Marcia L. Pearson
                                                marcia.pearson@wilsonelser.com
                                                100 Mallard Creek Road, Suite 250
                                                Louisville, KY 40207
                                                Telephone: (502) 238-8500
                                                Facsimile: (502) 238-7995
                                                *Counsel for Defendant*

11141789v.1